

FILED

09/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0229

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0229

_____

PETER GRIGG,

      Plaintiff and Appellant,

v.

BEAVERHEAD COUNTY EMS,

      Defendant and Appellee.

_____

FILED

SEP 1 4 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant Peter Grigg has filed a motion for extension of time within which to file his opening brief. Counsel for Respondent Beaverhead County EMS opposes the motion. Upon consideration of Appellant's motion for extension of time,

IT IS HEREBY ORDERED that Appellant has until October 30, 2021, within which to file his opening brief.

DATED this 14 day of September, 2021.

For the Court,

_____
Chief Justice